STATE of Missouri, Respondent,

v.

Dominic HOLMES, Appellant.

Dominic HOLMES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61448, 64805.

Missouri Court of Appeals,
Eastern District,
Division One.

June 14, 1994.

Robert E. Steele, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

This is a consolidated appeal of Defendant's appeals from his conviction for first degree robbery and the denial of his Rule 29.15 motion for post-conviction relief. An opinion addressing Defendant's direct appeal would serve no jurisprudential purpose. Nor would an opinion addressing the appeal from the denial of his 29.15 motion serve a precedential purpose. We have provided the parties a memorandum for their use only detailing our reasons for affirmance.

Judgments affirmed pursuant to Rules 30.25(b) and 84.16(b).